469 A.2d 299

Commonwealth v. Prather, Appellant.

Submitted October 7, 1983. Mario F. Driggs, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Appeal quashed.

469 A.2d 299

Commonwealth v. Putnam, Jr., Appellant.

Submitted September 30, 1983. Bruce Alan Barrett, Assistant Public Defender, for appellant; John M. Dawson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.